JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 (fax)
jp@kemp-attorneys.com
*Attorney for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHAHROOZ RAHIMIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RACHEL ADRIANO, and JUAN MARTINEZ, INC.,<br><br>*Defendants*. | Case No. 2:20-cv-02189-GMN-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO SUBMIT JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(First Request)** |

Plaintiff Shahrooz Rahimian and Defendants Rachel Adriano and Juan Martinez, Inc. d/b/a Century 21 Americana hereby stipulate, agree, and move the Court to extend the deadline to file a joint discovery plan and proposed scheduling order for good cause, in support thereof states as follows:

1. On January 25, 2021, Defendant Rachel Adriano answered the complaint, triggering the March 11, 2021 deadline to file a joint discovery plan and proposed scheduling order.

2. On February 2, 2021, Plaintiff's counsel and Defendant Adriano's counsel conducted a preliminary Rule 26 conference.

3. On February 16, 2021, Plaintiff filed an amended complaint adding Defendant

1

Juan Martinez, Inc. d/b/a Century 21 Americana to this action.  Defendant Century 21 Americana's response to the amended complaint is due March 11, 2021.

4. Accordingly, in an effort to include Defendant Century 21 Americana in the Rule 26 meeting and provide the Court (and the parties) with a more fulsome and useful discovery plan reflecting the input of both Defendants in this action, the parties hereby stipulate and agree to a three and a half week extension of time, up to and including April 6, 2021, within which to file a joint discovery plan and proposed scheduling order.

SO STIPULATED.

Respectfully submitted,

Dated:  March 11, 2021.  /s/ Avi R. Kaufman
Avi R. Kaufman (Florida Bar no. 84382)
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 (fax)
jp@kemp-attorneys.com

*Counsel for Plaintiff
and all others similarly situated*

KAEMPFER CROWELL

Dated:  March 11, 2021.  /s/ Robert McCoy
Robert McCoy, No. 9121
Ryan M. Lower, No. 9108
Briana Martinez, No. 14919
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181

Email: rmccoy@kcnvlaw.com
Email: rlower@kcnvlaw.com
Email: bmartinez@kcnvlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHAHROOZ RAHIMIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RACHEL ADRIANO, and JUAN MARTINEZ, INC.,<br><br>*Defendants*. | Case No. 2:20-cv-02189-GMN-VCF<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO SUBMIT JOINT DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER**<br><br>**(First Request)** |

On review and consideration of Plaintiff Shahrooz Rahimian and Defendants Rachel Adriano and Juan Martinez, Inc. d/b/a Century 21 Americana stipulation to extend the deadline to file a joint discovery plan and proposed scheduling order and the record, the Court finds good cause to extend the deadline to submit a joint discovery plan and proposed scheduling order.

In an effort to include Defendant Century 21 Americana in the Rule 26 meeting and provide the Court (and the parties) with a more fulsome and useful discovery plan reflecting the input of both Defendants in this action, the Court GRANTS the parties' stipulation and provides a three and a half week extension of time, up to and including April 6, 2021, within which to file a joint discovery plan and proposed scheduling order.

IT IS SO ORDERED.

_____
Honorable Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE

DATED: 3-18-2021

1