JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 (fax)
jp@kemp-attorneys.com
*Attorney for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHAHROOZ RAHIMIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RACHEL ADRIANO, and JUAN MARTINEZ, INC.,<br><br>*Defendants*. | Case No. 2:20-cv-02189-ART-VCF<br><br>ORDER APPROVING<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Shahrooz Rahimian and Defendants Rachel Adriano and Juan Martinez, Inc. d/b/a Century 21 Americana hereby stipulate, agree, and move the Court to extend the deadline for Plaintiff to respond to Defendants' motion to dismiss for good cause, in support thereof states as follows:

    1.    On April 6, 2022, Plaintiff filed a Second Amended Complaint in this action.

    2.    Defendants Rachel Adriano and Century 21 Americana's motion to dismiss the second amended complaint was filed on April 20, 2022 (ECF No. 32). Accordingly, Plaintiff's response is due on May 4, 2022.

    3.    Plaintiff and Defendants agree that Plaintiff shall have a two week extension of time up to and including May 18, 2022 to file a response to the motion to dismiss. The parties

1

also agree to a one week extension of time for Defendants to file their reply, up to and including June 1, 2022. This is the first request for an extension of time to respond and reply to the motion.

4. The extension is requested to permit the Plaintiff and counsel sufficient time to review and appropriately respond to the opposing party's arguments.

5. The stipulated extension will not prejudice the parties, nor will it impact other deadlines in this case.

SO STIPULATED.

Respectfully submitted,

Dated:  May 4, 2022.

/s/ Avi R. Kaufman
Avi R. Kaufman (Florida Bar no. 84382)
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 (fax)
jp@kemp-attorneys.com

*Counsel for Plaintiff and all others similarly situated*

KAEMPFER CROWELL

Dated:  May 4, 2022.

/s/ Robert McCoy
Robert McCoy, No. 9121
Ryan M. Lower, No. 9108
Briana Martinez, No. 14919
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181

2

Email: rmccoy@kcnvlaw.com
Email: rlower@kcnvlaw.com
Email: bmartinez@kcnvlaw.com
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
Anne R. Traum
UNITED STATES DISTRICT JUDGE

DATED:   May 5, 2022

3