**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SHAHROOZ RAHIMIAN, individually on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL ADRIANO, an individual, JUAN MARTINEZ, INC., a Nevada corporation d/b/a CENTURY 21 AMERICANA<br><br>Defendants. | Case no. 2:20-cv-02189-ART-VCF<br><br>**ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Shahrooz Rahimian and Defendants hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: August 8, 2022           By: */s/ Avi R. Kaufman*
                                Avi R. Kaufman (FL Bar No. 84382) (pro hac vice)
                                Kaufman P.A.
                                kaufman@kaufmanpa.com
                                237 South Dixie Highway, 4th Floor
                                Coral Gables, FL 33133
                                Phone: (305) 469-5881

                                JAMES P. KEMP, ESQUIRE

Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 (fax)
jp@kemp-attorneys.com

*Attorneys for Plaintiff and the putative Classes*

KAEMPFER CROWELL

Dated: August 8, 2022.    /s/ Robert McCoy
Robert McCoy, No. 9121
Ryan M. Lower, No. 9108
Briana Martinez, No. 14919
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: rlower@kcnvlaw.com
Email: bmartinez@kcnvlaw.com

*Attorneys for Defendants*

## ORDER

Based on the parties stipulation, and good cause appearing, this action is voluntarily dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED: August 9, 2022

_____
Anne R. Traum
United States District Judge

-2-